EL PUEBLO, DEMANDANTE Y APELADO, *v.* RODRÍGUEZ, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Ponce en causa por infracción de la Ley de Arbitrios.

No. 1510.—Resuelto en mayo 24, 1920.

CONFESIÓN DEL ACUSADO—PRUEBA SUFICIENTE—PRUEBA CONTRADICTORIA.—La confesión voluntaria del acusado es prueba suficiente para sostener una sentencia condenatoria; y cuando hay prueba suficiente de que la confesión del acusado fué voluntaria y a tal conclusión llegó la corte sentenciadora en un caso de prueba contradictoria, la sentencia será sostenida en apelación.

ID.—A falta de un precepto estatutorio cualquier confesión voluntaria es admisible aun cuando no se advierta al acusado que su confesión será usada contra él.

Los hechos están expresados en la opinión.

Abogado del apelante: Sr. C. Brunet del Valle.

Abogado del apelado: Sr. J. E. Figueras, Fiscal.

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

El apelante a quien se acusó de violar la Ley de Arbitrios alega como error que fué declarado culpable por su sola confesión. En el juicio declaró él de modo afirmativo que hubo amenazas o algo semejante, pero los testigos del Gobierno negaron esto. Existió pues, un conflicto en la prueba

y no podemos declarar que la corte cometió error al dar crédito a los testigos del Gobierno.   No importa que los testigos del Gobierno fueran examinados primero y que afirmaran que no hicieron amenazas ni ejercieron presión alguna contra el acusado, o como alega el apelante, que su prueba era positiva y la del Gobierno negativa.   Hubo prueba suficiente de que la confesión fué voluntaria.   *El Pueblo* v. *Rosado,* 17 D. P. R. 441; *El Pueblo* v. *Flores,* 17 D. P. R. 178.   La confesión fué hecha antes de ser arrestado el acusado.   No conocemos ninguna regla de ley que prohiba dictar sentencia condenatoria por la sola confesión de un acusado.   Sin embargo, hubo también prueba del *corpus delicti.*

El segundo fundamento de error fué que no se advirtió al acusado que su declaración podía usarse en su contra.   A falta de un precepto estatutorio cualquier confesión voluntaria es admisible aun cuando no se advierta al acusado que su confesión será usada contra él.   *El Pueblo* v. *Martínez,* 23 D. P. R. 228.

La sentencia apelada debe ser confirmada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.